UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

vs.

Jean Robert Dray,

                Defendant.

------------------------------------------------------- x

23 CV 5533

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Serendip LLC (a private limited liability company) certifies that Serendip LLC has no corporate parents, affiliates and/or subsidiaries.

Date:      New York, NY

             June 22, 2223

                                  By: _____s/_____
                                     **Annemarie Franklin** (AF-3933)

                                  Annemarie Franklin, Esq.
                                  PO Box 1024 Cooper Station
                                  New York NY 10276-1024
                                  212-475-1630
                                  sdenim@nyc.rr.com

                                  *Attorney for Plaintiff*