UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Serendip LLC.

    Plaintiffs,

v.

Jean Robert Dray

    Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 23-CV-05533 (JHR)

I hereby certify under the penalties of perjury that on the 11th day of July, 2023, I served one copy of the Summons in a Civil Action, First Amended Complaint with attachments, Civil Cover Sheet, Rule 7.1 Statement, AO 121 Copyright Form, and Jury Demand upon defendant, Jean Robert Dray, 22 Avenue de Lorangerie, 95800 Cergy, 95, France the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by USPS Registered Mail RB596284000US .

Dated: New York, New York
       July 11th, 2023

                                                RUBY J. KRAJICK
                                                CLERK OF COURT

                                                /s/Elaine Nguyen
                                                Deputy Clerk