UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

     vs.

Jean Robert Dray,

                Defendant.

-------------------------------------------------------- x

23-CV-05533-JHR

**NOTICE OF VOLUNTARY DISMISSAL**

     **WHEREAS,** the defendant has not filed an answer or a motion for summary judgment in this action;

     **NOW,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Serendip LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant, Jean Robert Dray.

Date:     New York, NY

           August 9, 2023

                                                 By: _____s/_____
                                                        **Annemarie Franklin** (AF-3933)

                                                       Annemarie Franklin, Esq.
                                                       PO Box 1024 Cooper Station
                                                       New York NY 10276-1024
                                                       212-475-1630
                                                       sdenim@nyc.rr.com

                                                       *Attorney for Plaintiff*