AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION |
|---|---|---|
| ☑ ACTION | ☐ APPEAL | U.S. District Court for the Southern District of New York<br>500 Pearl Street, NY NY 10007 |
| DOCKET NO.<br>23-cv-5533-JHR | DATE FILED<br>6/28/2023 | |
| PLAINTIFF<br>Serendip LLC | | DEFENDANT<br>Jean Robert Dray |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | RE930773 | Timesteps | Wendy Carlos |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | | WRITTEN OPINION ATTACHED | | DATE RENDERED |
|---|---|---|---|---|
| ☐ Order | ☐ Judgment | ☐ Yes | ☐ No | 8/9/2023 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| s/Ruby J. Krajick | s/K.Mango | 8/10/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

     vs.

Jean Robert Dray,

                Defendant.

------------------------------------------------------- x

23-CV-05533-JHR

**NOTICE OF VOLUNTARY DISMISSAL**

     **WHEREAS,** the defendant has not filed an answer or a motion for summary judgment in this action;

     **NOW,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Serendip LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendant, Jean Robert Dray.

Date:     New York, NY

           August 9, 2023

                                        By: _____s/_____
                                             **Annemarie Franklin** (AF-3933)

                                             Annemarie Franklin, Esq.
                                             PO Box 1024 Cooper Station
                                             New York NY 10276-1024
                                             212-475-1630
                                             sdenim@nyc.rr.com

                                             *Attorney for Plaintiff*